ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
DIANA S. ERB
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jacob.bundick@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendants*
*Countrywide Home Loans, Inc., and*
*Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ODELL MILSTEAD, individually, | Case No.: 2:09-cv-01834-GMN-GWF |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTRYWIDE HOME LOANS, INC., a foreign corporation; COUNTRYWIDE BANK, N.A., a foreign corporation; COUNTRYWIDE FINANCIAL CORP., a foreign corporation; and ROES 1-100, | |
| Defendants. | |

Plaintiff Odell Milstead and Defendants Countrywide Home Loans, Inc., Countrywide Bank, N.A., and Countrywide Financial Corp., hereby stipulate to dismiss this matter with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

{LV017523;1}

y

Each party shall bear their own attorney's fees and costs. The parties further stipulate to vacate all pending motions and hearings.

Dated this 11 day of January, 2011.
**STOUT LAW FIRM**

_____
JAMES STOUT, ESQ.
Nevada Bar No. 8276
4560 South Decatur Boulevard, Suite 201
Las Vegas, Nevada 89103

*Attorneys for Plaintiff
Odell Milstead*

Dated this 11th day of January, 2011.
**AKERMAN SENTERFITT LLP**

_____
ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
DIANA S. ERB
Nevada Bar No. 10580
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants
Countrywide Home Loans, Inc. and
Bank of America, N.A.*

**IT IS SO ORDERED** this 19th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge