ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
DIANA S. ERB
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jacob.bundick@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendants*
*Countrywide Home Loans, Inc., and*
*Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ODELL MILSTEAD, individually, | Case No.: 2:09-cv-01834-GMN-GWF |
| Plaintiffs, | |
| vs. | **ORDER CANCELING LIS PENDENS** |
| COUNTRYWIDE HOME LOANS, INC., a foreign corporation; COUNTRYWIDE BANK, N.A., a foreign corporation; COUNTRYWIDE FINANCIAL CORP., a foreign corporation; and ROES 1-100, | |
| Defendants. | |

This Court issued an Order Granting the Stipulation for Dismissal with prejudice on January 19, 2011 [Dkt. 25].

Defendants request that the lis pendens currently recorded against the subject property by Plaintiff Odell Milstead ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about August 3, 2009, as Instrument No. 200908030003468 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto at **Exhibit A** and fully

{LV018458;1}

incorporated by reference.

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED this 20th day of February, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

**AKERMAN SENTERFITT LLP**

  /s/ Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101

*Attorneys for Defendants*
*Countrywide Home Loans, Inc. and*
*Bank of America, N.A.*

**AKERMAN SENTERFITT LLP**
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# Exhibit A

# Exhibit A

Inst #: 200908030003468
Fees: $16.00
N/C Fee: $0.00
08/03/2009 03:13:26 PM
Receipt #: 1325
Requestor:
LEGAL EXPRESS
Recorded By:    Pgs: 3
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

APN# _____125-26-811-016_____
11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Lis Pendens _____

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**

Stout Law Firm

**Return Documents To:**

**Name** Stout Law Firm

**Address** 4560 South Decatur Boulevard, Suite 201

**City/State/Zip** Las Vegas, NV 89103

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

OR Form 108 ~ 06/06/2007
Coversheet.pdf

**LISP**
JAMES R. STOUT, ESQ.
Nevada Bar No. 008680
STOUT LAW FIRM
4560 S. Decatur Boulevard, Suite 201
Las Vegas, Nevada 89103
(702) 794-4411
jstout@jstoutlaw.com
Attorneys for Plaintiffs

FILED
Jul 31  4 21 PM '09

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ODELL MILSTEAD, individually, | Case No. A-09-596455-C |
| Plaintiffs, | Dept. No. 1d |
| v. | |
| COUNTRYWIDE HOME LOANS, INC. a foreign corporation; COUNTRYWIDE BANK, N.A., a foreign corporation; COUNTRYWIDE FINANCIAL CORP., a foreign corporation; and ROES 1-100, | |
| Defendants. | |

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN TO ANY AND ALL PERSONS AFFECTED HEREBY that a Complaint has been filed in the above-entitled matter by the foregoing Plaintiffs ODELL MILSTEAD, and all Class Members against the above-entitled Defendants to set aside and/or prevent foreclosure and/or enjoin transfer or conveyance of title in the following property and thereby creates a constructive trust thereon and that said Plaintiffs do hereby provide Notice pursuant to Chapter 14 of the Nevada Revised Statutes to any and all persons claiming any interest in the subject property of this pending action for:

6101 Ridgecarn Avenue, Las Vegas, Nevada 89130, and more particularly described as APN 125-26-811-016.

Pursuant to NRS 14.010, notice is hereby provided that Plaintiff is seeking specific performance of said agreement and the transfer or retention of title thereto to Plaintiff from Defendants, as well as monetary damages in the form of general and special damages, interest, attorneys' fees and litigation costs, as well as any other form of relief which the Court may deem to be appropriate due to Defendants' acts and omissions.

DATED this 26 day of July, 2009.

STOUT LAW FIRM

By: _____
JAMES R. STOUT, ESQ.
Nevada Bar No.: 008680
4560 South Decatur Blvd., Suite 201
Las Vegas, Nevada 89103
(702) 794-4411
Attorneys for Plaintiffs

2